IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JIMMY LEE ROBINSON, #36537 | § | |
| VS. | § | CIVIL ACTION NO. 4:05CV158 |
| COLLIN COUNTY DETENTION FACILITY, ET ALL | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush who signed a Report and Recommendation concluding that the allegations against Baylor Regional Medical Center of Plano should be dismissed with prejudice. The Petitioner has filed objections to the Report and Recommendation of the United States Magistrate Judge.[1]

The Court, having made a *de novo* review of the objections raised by the Petitioner to the Report, is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the allegations against Baylor Regional Medical Center of Plano in Plaintiff's Complaint are **DISMISSED** with prejudice. All motions by or regarding these parties not previously ruled on are hereby **DENIED**. Because Baylor was the last remaining defendant in this case, it is further, **ORDERED** that the Complaint is **DISMISSED** with prejudice. All motions

---

[1] Plaintiff's objections appear to relate to both the Report and Recommendation regarding Baylor and Dr. Luan Pho and Nurse Crystal Lugannani.

by any party not previously ruled on are hereby **DENIED**.

SIGNED this \_\_9th\_\_ day of November, 2005.

                                                  _/s/ Richard A. Schell_
                                                RICHARD A. SCHELL
                                                UNITED STATES DISTRICT JUDGE